UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>$22,361.83 US Funds Seized from Various Accounts et al.,<br><br>    Defendant. | No. 2:11-cv-00317-SAB<br><br>**ORDER DISMISSING ACTION** |

Before the Court is Claimant Louis Daniel Smith's Motion to Dismiss, ECF No. 168. Mr. Smith asks that the civil forfeiture proceedings that were initiated on August 8, 2011 be dismissed, and that the assets seized be returned to him.

In its response, the United States has agreed to return the assets and also indicated that it would file a Motion to Dismiss, although this has not been done. ECF No. 170. It appears that the interests of justice will be met by the granting of Mr. Smith's motion.

Additionally, Mr. Smith objects to the proposed conversion amount of the Iraqui Dinar, which the United States indicates is $3,287.45. The United States asserts this value in U.S. currency is the value based on the exchange rate at the time of conversion shortly after the funds were seized and converted. There is nothing in the record to suggest that this is not an accurate statement.

///

**ORDER DISMISSING ACTION ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Claimant's Motion to Dismiss, ECF No. 168, is **GRANTED**.

2. The United States shall provide the ACH form to Mr. Smith forthwith.

3. Upon receipt of the completed ACH form, the United States shall direct the United States Marshal's Service to return the Defendant Property in the form of U.S. funds via electronic funds transfer to Claimant Smith.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 7th day of April, 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION ~ 2**